UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **EDCV 13-1684-MWF(PJWx)**                    Dated: **December 17, 2015**

Title:    Craig Greene, et al. -v- UPS Freight, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

   In light of the Notice of Settlement filed December 15, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for March 14, 2016 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other dates are hereby vacated.

   IT IS SO ORDERED.

MINUTES FORM 90                                   Initials of Deputy Clerk   rs
CIVIL - GEN

-1-